IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUE LOWCOCK HARRIS | * | |
| Plaintiff | | |
| | * | |
| v. | | Civil Action No.: JFM-02-1307 |
| | * | |
| EQUIFAX, INC., ET AL. | | |
| Defendant | * | |

\*\*\*\*\*\*

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendants and that defendants have not yet filed any response to the Complaint, it is, this <u>21st</u> day of March, 2003,

ORDERED that plaintiffs file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

                                                         /s/
                                         J. Frederick Motz
                                       United States District Judge