IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUE LOWCOCK HARRIS | * |
| Plaintiff | * |
| v. | Civil Action No. JFM 02 CV 1307 |
| | * |
| EQUIFAX, INC. | |
| EQUIFAX CREDIT INFORMATION SERVICES | * |
| Defendant | * |

STIPULATION OF DISMISSAL

Plaintiff, Sue Lowcock Harris, by and through her attorneys, Jeffrey S. Getty and Geppert, McMullen, Paye & Getty, pursuant to Fed. Civ. Pro. 41(a)(1) hereby dismisses the instant action.

GEPPERT, McMULLEN, PAYE & GETTY


By _____
JEFFREY S. GETTY
Trial Bar No. 05321
21 Prospect Square
Cumberland, Maryland 21502
(301) 777-1515
Attorneys for Plaintiff


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2003, a copy of the aforegoing Stipulation of Dismissal was mailed, postage prepaid, to John J. Friedline, Esquire, Kilpatrick Stockton, LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA 30309-4530.

GEPPERT, McMULLEN, PAYE & GETTY


By _____A/s@ Jeffrey S. Getty_____
JEFFREY S. GETTY